AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 23, 2025**

SEAN F. McAVOY, CLERK

JODI D.,

_____
*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   4:25-CV-5033-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 17) is granted.
Pursuant to the Order filed at ECF No. 16, the Commissioner is directed to pay EAJA fees in the amount of $4,533.12 for attorney's fees and costs.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    Thomas O. Rice . _____

Date:   10/23/205 _____

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*